

Christopher R. Strianese
Direct: (212) 541-1282
Fax: (212) 541-1492
christopher.strianese@bryancave.com

March 19, 2009

Chief Magistrate Judge Steven M. Gold
United States District Court
Eastern District of New York
225 Cadman Plaza East
Chambers 1217, Courtroom 13-D
Brooklyn, NY 11201

Re: <u>Ardenia Hughes v. Myrtle Avenue Builders LLC et al.; 08 Civ 4393</u>

Dear Magistrate Judge Gold:

This firm represents all defendants in the above referenced matter. By Order dated February 24, 2009, the Court directed the defendants to advise the Court as to the status of the parties' settlement negotiations by March 20, 2009. We write to inform the Court that a Settlement Agreement and Release has been executed by all parties. Pursuant to the Agreement, the latest date for satisfying the conditions necessary for filing of the Stipulation of Dismissal dismissing this action with prejudice is April 6, 2009. We anticipate, however, that the parties will be able to file the Stipulation of Dismissal prior to that date.

On March 18, 2009, the parties filed a stipulation extending defendants' time to answer in order to give the parties time to implement the Settlement Agreement. We request that the stipulation be approved by the Court.

Respectfully,

Christopher R. Strianese

cc: Jonathon Weinberger, Esq.

Bryan Cave LLP
1290 Avenue of the Americas
New York, NY 10104-3300
Tel (212) 541-2000
Fax (212) 541-4630
www.bryancave.com

Chicago
Hamburg
Hong Kong
Irvine
Jefferson City
Kansas City
Kuwait
London
Los Angeles
Milan
New York
Phoenix
San Francisco
Shanghai
St. Louis
Washington, DC

Bryan Cave International Trade
A TRADE CONSULTING SUBSIDIARY
OF NON-LAWYER PROFESSIONALS
www.bryancavetrade.com

Bangkok
Jakarta
Kuala Lumpur
Manila
Shanghai
Singapore
Tokyo

Bryan Cave Strategies
A GOVERNMENT RELATIONS AND
POLITICAL AFFAIRS SUBSIDIARY
www.bryancavestrategies.com

Washington, DC
St. Louis